1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  FRANK J. RIEBLI (CSBN 221152)
   Assistant United States Attorney
5         450 Golden Gate Avenue, Box 36055
          San Francisco, California 94102-3495
6         Telephone: (415) 436-6935
          FAX: (415) 436-7234
7         Frank.Riebli@usdoj.gov

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,   ) CASE NO. CR 13-0041 RS
                                 )
14 |      Plaintiff,              ) STIPULATION AND
                                 ) [PROPOSED]
15 |   v.                         ) ORDER EXCLUDING TIME
                                 )
16 | ALFREDO CONTRERAS,          ) Date: **[HEARING DATE]**
                                 ) Time: **[HEARING TIME]**
17 |      Defendant.              )
                                 )
18

19     On March 12, 2013, at 2:30 p.m., defendant Alfredo Contreras made his first appearance before

20 the District Court through counsel. The parties agreed to return for a status hearing on March 26, 2013

21 at 2:30 p.m. Immediately prior to the hearing, the government provided Mr. Contreras's attorney

22 additional discovery. The parties agree that Mr. Contreras's counsel requires time to review the

23 discovery. Therefore, the parties agreed that time should be excluded between March 12, 2013 and

24 March 26, 2013 in order to ensure the effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

25 ///

26 ///

27 ///

28 ///

ORDER EXCLUDING TIME
CR 13-0041 RS

The parties agree that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

SO STIPULATED.

DATED: March 12, 2013

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
FRANK J. RIEBLI
Assistant United States Attorney

DATED: March 12, 2013

/s/
STEVEN KALAR
Attorney for ALFREDO CONTRERAS

For the reasons stated above, the Court orders that this matter be continued to **2:30 p.m.** on **March 26, 2013**, in **Courtroom 3**. The Court finds that the exclusion of time from March 12, 2013 through and including March 26, 2013 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

SO ORDERED.

DATED: March 13, 2013.

HONORABLE RICHARD SEEBORG
United States District Court Judge

ORDER EXCLUDING TIME
CR 13-0041 RS